JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 6902

**Plaintiff**
1199 SEIU GREATER UNITED HEALTHCARE WORKERS EAST,
**Plaintiff**

-v-

QUEENS CENTER FOR REHABILITATION
AND RESIDENTIAL HEALTH CARE
**Defendant**

Case No.

RECEIVED
AUG 01 2008
S.D.N.Y.
CASHIERS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (1199 SEIU United Healthcare Workers East) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 31, 2008

Signature of Attorney
Hanan B. Kolko
**Attorney Bar Code: HK 1307**

96880

American LegalNet, Inc
www.USCourtForms.com