UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

---

1199 SEIU UNITED HEALTHCARE WORKERS EAST

Plaintiff(s)

- against -

QUEENS CENTER FOR REHABILITATION AND RESIDENTIAL HEALTH CARE

Defendant(s)

Index # 08 CIV 6902 (PRESKA)

Purchased August 1, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 7, 2008 at 11:38 AM at

157-15 19TH AVENUE
WHITESTONE, NY 11357

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; JUDGE'S RULES on QUEENS CENTER FOR REHABILITATION AND RESIDENTIAL HEALTH CARE therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to CANDACE SPENCER a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 52 | 5'7 | 180 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

157-15 19TH AVENUE
WHITESTONE, NY 11357

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 8, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 8, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**LINDEN BLACKMAN**
License #: 871311
Invoice #: 467420

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728